AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>) | 8:03CR457 |
| | ) | |
| v. | ) | USM No: 18968-047 |
| | ) | |
| FREEMAN L. JOHNSON, | ) | 　David R. Stickman　 |
| 　　　　Defendant. | ) | Defendant's Attorney |
| Date of previous amended judgment: January 20, 2006 | ) | |
| Date of previous sentence reduction: September 5, 2008 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

　　　　Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion and stipulation (Filing Nos. 82, 83) are GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 141 months, which was further reduced to 113 months, is now reduced to 91 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 29 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 151 to 188 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐　The reduced sentence is within the amended guideline range.

☑　The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range. The fine range is $15,000-$4,000,000.

☐　Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated January 20, 2006, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2011
Effective Date: November 1, 2011

　　　　　　　　　　　　　　　　　S/ Laurie Smith Camp
　　　　　　　　　　　　　　　　　United States District Judge